UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

IN RE:

SEARCH WARRANT                    CASE NO. 5:20-mj-00019

**SEALED MOTION TO SEAL**
<u>**SEARCH WARRANT APPLICATION AND AFFIDAVIT**</u>

Comes now the United States of America by Andrew J. Tessman, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Search Warrant, Application and Affidavit for Search Warrant, and all attachments thereto, be filed under seal until further order of this Court. The foregoing documents should be filed under seal for the protection of the investigation and to prevent flight of targets of the investigation and the destruction of evidence.

2. There are no alternatives to sealing the entire Application and Affidavit for Search Warrant, and attachments, because unsealing a redacted copy of the affidavit would reveal the existence of the ongoing investigation to targets who have the capacity both for flight and to destroy evidence.

3.   Order that this Motion be sealed.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA

                              MICHAEL B. STUART
                              United States Attorney

By: _____
                              ANDREW J. TESSMAN
                              Assistant United States Attorney
                              West Virginia Bar No. 13734
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV 25301
                              Telephone:  304-345-2200
                              Email:  andrew.tessman@usdoj.gov