UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 5:20-mj-00019

SEARCH WARRANT

### MOTION TO UNSEAL

Comes now the United States of America, by Andrew J. Tessman, Assistant United States Attorney, for the Southern District of West Virginia and moves this Court to unseal the Search and Seizure Warrant and all related documents in this case.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
ANDREW J. TESSMAN
Assistant United States Attorney
West Virginia Bar No. 13734
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Email: andrew.tessman@usdoj.gov